IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| AUDREY DENISE IVERSON, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MONTGOMERY HOUSING )<br>AUTHORITY; et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:25cv904-MHT<br>(WO) |

DISMISSAL ORDER

Based on the government's oral confirmation that it does not oppose the motion, it is ORDERED that:

(1) Plaintiff's motion to voluntarily dismiss all claims against the U.S. Department of Housing and Urban Development (Doc. 56) is granted pursuant to Federal Rule of Civil Procedure 41(a)(2).

(2) All claims against defendant HUD Region IV - Atlanta Office are dismissed without prejudice, and said defendant is terminated as a party to this action.

This case is not closed.

DONE, this the 11th day of February, 2026.

                          /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE