IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| AUDREY DENISE IVERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv904-MHT |
| | ) | (WO) |
| MONTGOMERY HOUSING AUTHORITY; et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

After her housing assistance voucher was terminated based on alleged fraud and her request to transfer her voucher benefits to Texas was denied, plaintiff, who is pro se and proceeding in forma pauperis, filed this lawsuit against the defendants, who consists of a public housing authority and several housing authority employees, officials, and board members. In her amended complaint, plaintiff asserts that defendants' actions violate the Americans with Disabilities Act

("ADA"), 42 U.S.C. § 12132; Section 504 of the Rehabilitation Act, 29 U.S.C. § 794; the Fair Housing Act, 42 U.S.C. §§ 3604(f) and 3617; and the Due Process Clause of the Fourteenth Amendment, through 42 U.S.C. § 1983. Defendants have moved to dismiss the case with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that this case be dismissed without prejudice for plaintiff's failure to prosecute; that, alternatively, defendants' motion to dismiss be granted and this case be dismissed with prejudice as frivolous and malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and that all pending motions be denied as moot. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's

**objections should be overruled and the magistrate judge's recommendation adopted.**

**An appropriate judgment will be entered.**

**DONE, this the 21st day of September, 2026.**

**/s/ Myron H. Thompson**
**UNITED STATES DISTRICT JUDGE**