IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| AUDREY DENISE IVERSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv904-MHT |
| | ) | (WO) |
| MONTGOMERY HOUSING AUTHORITY; et al., | ) | |
| | ) | |
| Defendants. | ) | |

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 110 & Doc. 113) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 106) is adopted.

(3) This lawsuit is dismissed without prejudice for failure to prosecute.

(4) All other pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of September, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE